UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MIGUEL SUAREZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE AUTO PARTS, INC., et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-563-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss plaintiff's complaint [D.E. 59] and DISMISSESS WITHOUT PREJUDICE the complaint.

This Judgment filed and entered on January 23, 2025, and copies to:
Counsel of record for the parties      (via CM/ECF electronic notification)

January 23, 2025                                    Peter A. Moore, Jr.
                                                                  Clerk of Court


                                                          By: /s/ Stephanie Mann
                                                                  Deputy Clerk