FILED: February 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1188
(5:23-cv-00563-D-BM)

_____

CITY OF SOUTHFIELD GENERAL EMPLOYEES' RETIREMENT SYSTEM

       Plaintiff - Appellant

and

MIGUEL SUAREZ; ROBERT BASEL; HANY MAGOUR; BRIAN M. WATSON

       Plaintiffs

v.

ADVANCE AUTO PARTS, INC.; THOMAS R. GRECO; JEFFREY W. SHEPHERD; WILLIAM J. PELLICCIOTTI, JR.

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK